UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                Case No. 13-20764

D-13 CHARLES DAVIS,
                                                Paul D. Borman
                                                United States District Judge

    Defendant.
_____/

ORDER RESOLVING DEFENDANT DAVIS'S
SECOND MOTION IN LIMINE (ECF NO. 421)

For the reasons stated upon the record on March 3, 2015, Defendant Davis's "Second Motion in Limine" (ECF No. 421) is DENIED to the extent that the Court held Defendant Davis's prior conviction could be used by the Government for the purpose of impeaching Defendant Davis's credibility as it would be probative to that issue. The Court also advised that in that instance a limiting instruction would be offered.

                                                                                       */s/ Paul D. Borman*
                                                                                   PAUL D. BORMAN
                                                                                   UNITED STATES DISTRICT JUDGE

Dated:   MAR 0 5 2015

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON _3/5_, 20 _15_
          *Lisa Wagner*
          DEPUTY COURT CLERK