UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 13-20764

    Paul D. Borman
    United States District Judge

D-13 CHARLES DAVIS,

    Defendant.
_____/

ORDER RESOLVING DEFENDANT DAVIS'S MOTION FOR EVIDENTIARY HEARING AND TO ADMIT RESULTS OF POLYGRAPH EXAMINATION (ECF NO. 420)

For the reasons stated upon the record on March 2, 2015, Defendant Davis's "Motion for Evidentiary Hearing and to Admit Results of Polygraph Examination" (ECF No. 420) is DENIED.

    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: MAR 0 5 2015

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON March 5, 20 15
DEPUTY COURT CLERK